1

2                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
3                                    AT TACOMA

4
REY DAVIS BELL,                                   CASE NO. C17-5319 BHS-TLF
5
                             Plaintiff,           ORDER ADOPTING REPORT
6          v.                                     AND RECOMMENDATION

7    D. DAHNE, et al,

8                            Defendants.

9

10         This matter comes before the Court on the Report and Recommendation ("R&R")

11   of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 87. The Court

12   having considered the R&R and the remaining record, and no objections having been

13   filed, does hereby find and order as follows:

14         (1)    The R&R is **ADOPTED**;

15         (2)    Plaintiff's motion for summary judgment (Dkt. 49) is **DENIED**;

16         (3)    Defendants' cross-motion for summary judgment (Dkt. 64) is **GRANTED**; and

17         (4)    Plaintiff's amended complaint (Dkt. 44) is **DISMISSED**.

     Dated this 16th day of August, 2018.
18

19

20                                            _____
                                              BENJAMIN H. SETTLE
21                                            United States District Judge

22

ORDER